IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY J. BUCHANON, #224 845, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-812-ID |
| | ) | (WO) |
| LT. NATHIAL LAWSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be and the same is hereby entered in favor of the Defendants, and against Plaintiff Terry J. Buchanon and that the Plaintiff take nothing by his said suit.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of November, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE